AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

LINDA EVANS,

v.

CASE NUMBER: C06-5304RBL

DENNIS BRADDOCK, et al.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Defendants' Motion for Summary Judgement is GRANTED and Plaintiff's §1983 Claims are DISMISSED with prejudice.

*DATED:  March 19, 2007*

          BRUCE  RIFKIN
          *Clerk*

          /s/   Jean Boring
          *(By) Deputy Clerk*, Jean Boring